# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TRACY L. DEBTER                                                                                         PLAINTIFF

v.                          Case No. 3:24-CV-00109-BSM-JTK

SOCIAL SECURITY ADMINISTRATION,                                                     DEFENDANT
*Commissioner*

## ORDER

Pending before the Court is Plaintiff Tracy Debter's Application to Proceed *in forma pauperis*. (Doc. No. 1) Ms. Debter's application is GRANTED.

SO ORDERED THIS 2nd day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE