# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TRACY L. DEBTER**                                                                                         **PLAINTIFF**

**v.**                                    **CASE NO. 3:24-CV-00109-BSM**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 10] is adopted, and the Commissioner's decision is reversed and remanded for the ALJ to fully evaluate Tracy Debter's ability to perform daily activities and to fully analyze the medical opinions provided by Kristie Branscum.

IT IS SO ORDERED this 10th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE